| | | |
|---|---|---|
| **GEORGIA PESTANA**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTIN BOWE**<br>*Special Assistant Corporation Counsel*<br>Desk: 212-356-0894<br>Cell: 646-498-7178 |

September 21, 2021

**VIA ECF**
Honorable Katherine Polk Failia
United States District Court
Southern District of New York
40 Foley Square  Rm. 2103
New York, New York 10007



Re:  *A.K. v. New York City Dep't of Educ.*, 21-cv-4428(KPF)(DCF)

Dear Judge Faila:

    I am a Senior Assistant Corporation Counsel in the office of Corporation Counsel, Georgia Pestana, supervising attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*., as well as for this action.  In accordance with Your Honor's Order (ECF 11), Defendant submits this response to Plaintiff's request for a 90-day stay of this action (ECF 10), and to adjourn the September 21 conference.

    Defendant joins Plaintiff's apology for the parties failure to timely request the stay prior to the date for submission of proposed Case Management Plan, and the inconvenience caused for the Court.  This administrative error occurred, for Defendants, after the retirement of the formally assigned attorney, together with the difficulties my office had in reassigning his cases after the well-publicized hack of the Law Department's systems, combined with the remote work model.

    My office and Ms. Roller typically agree to ask that any initial conference be adjourned *sine die* to relieve the Court of the burden to its calendar, thus we respectfully request that the Conference be adjourned *sine die*, and that the parties submit a status letter by December 21, 2021 informing the Court either that the case has been fully resolved, or, proposing a briefing schedule.

    Thank you for considering this submission.

                                      Respectfully submitted,

                                      */s/*
                                      Martin Bowe
                                      Senior Assistant Corporation Counsel

cc:    Irina Roller, Esq. (via ECF)

The Court is in receipt of Defendant's above letter.  Given that Defendant joins in Plaintiffs' request for a stay of this action, the Court hereby ORDERS that this action is stayed pending further Order of the Court.  The parties are directed to submit a status letter on or before December 21, 2021.

Dated:     September 21, 2021          SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE